■ PAUL DE MARCO, Individually, and as Natural Guardian of MURIEL DE MARCO, an Infant, et al., Plaintiffs, v LOMART INDUSTRIES, INC., et al., Defendants and Third-Party Plaintiffs-Respondents. MURIEL DE MARCO et al., Third-Party Defendants-Appellants.—In a negligence action to recover damages for personal injuries, etc., the third-party defendants appeal from an order of the Supreme Court, Kings County, dated September 28, 1977, which denied their motion to dismiss the third-party complaint. Order affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice Brownstein at Special Term. Titone, J. P., Rabin, Gulotta and Hawkins, JJ., concur.

■ FLINTKOTE COMPANY, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Proceeding pursuant to section 298 of the Executive Law to review an order of the State Human Rights Appeal Board, dated November 29, 1977, which affirmed an order of the State Division of Human Rights, dated February 14, 1977, which, after a hearing, *inter alia,* found that the petitioner had discriminated against the complainant, Joseph P. Hopkins, on the basis of his age and had unlawfully discharged him from employment. The State division has cross-applied for enforcement of its order. Order confirmed, proceeding dismissed and cross application granted, without costs or disbursements. The determination of the State Division of Human Rights that complainant's termination was motivated by age discrimination was supported by sufficient evidence within the meaning of section 298 of the Executive Law. Latham, J. P., Rabin, Gulotta and Hawkins, JJ., concur.